UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

              Plaintiff,

v.

SWAN ENGINEERING, INC., et al.,

              Defendants.

No. 2:24-cv-00797-DJC-SCR

ORDER

Plaintiff Philadelphia Indemnity Insurance Company moves for attorneys' fees and costs pursuant to California Code of Civil Procedure §§ 1021 and 1717 after prevailing in its recovery action for losses incurred under an indemnity agreement. On January 6, 2026, the Court issued an order to show cause for Defendants' failure to comply with Local Rule 230(c), which requires a party to file either an opposition or statement of non-opposition within fourteen days after the filing of a noticed motion. (ECF No. 38.)  Defendants did not respond to the order to show cause.  Accordingly, the Court construes Defendants' failure to file a response as non-opposition to Plaintiff's motion.  *See* Local Rule 230(c).

////

////

1

After carefully reviewing Plaintiff's moving papers, this Court GRANTS Plaintiff's Motion for Attorneys' Fees (ECF No. 37) in its entirety and awards Plaintiff $30,094.60 in fees and $1,629.60 in costs.

IT IS SO ORDERED.

Dated:    **January 14, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE